# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PIERRE JOHNNY, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 11-6559 |
| DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND CUSTOMS ENFORCEMENT AND YORK COUNTY PRISON, | |
| Defendants. | |

## **O R D E R**

**AND NOW**, this 6th day of March, 2012, it is hereby **ORDERED** that the Motion to Dismiss (Doc. No. 4) filed on behalf of Defendants York County Prison and Mary Sabol is hereby **DISMISSED** without prejudice.  **IT IS FURTHER ORDERED THAT** the case be transferred to the United States District Court for the Middle District of Pennsylvania.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE